

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-1998

# Patriot Party Alghny v. Alghny Cty Dept

Precedential or Non-Precedential:

Docket 96-3677,97-3359

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

## Recommended Citation

"Patriot Party Alghny v. Alghny Cty Dept" (1998). *1998 Decisions.* Paper 166.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/166

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed July 22, 1998

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 97-3359, 96-3677

THE PATRIOT PARTY OF ALLEGHENY COUNTY,
Appellee

v.

ALLEGHENY COUNTY DEPARTMENT
OF ELECTIONS; MARK WOLOSIK,
Director of the Allegheny County
Department of Elections,
Appellants

(Civil Action Nos. 93-cv-01884 and 95-cv-01175)

Present: BECKER, Chief Judge, SLOVITER, STAPLETON,
GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO,
ROTH, McKEE, and RENDELL, Circuit Judges.

O R D E R

A majority of the active judges having voted for rehearing
en banc in the above appeal,* it is ORDERED that the Clerk
of this Court list the above case for rehearing en banc at
the convenience of the Court.

        BY THE COURT:

        /s/ Edward R. Becker
        CHIEF JUDGE

DATED: July 22, 1998
_____

*Judge Mansmann and Judge Lewis have been unable to consider this
Petition for Rehearing because of illness.

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit